IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | : Civil No. 1:15CV00148<br>:<br>: |
| v. | :<br>: |
| $3,000,000.00 IN U.S. CURRENCY,<br>　　　　Defendant. | :<br>: |

## NOTICE OF STIPULATION OF SETTLEMENT

NOW COMES the United States of America, through its attorney, Ripley Rand, United States Attorney for the Middle District of North Carolina, and advises the Court that the claim of Peter Millar LLC ("Claimant"), has been settled by mutual agreement of the parties, as set forth in the attached Stipulation of Settlement executed by Plaintiff and Claimant.

This the 12th day of February, 2015.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　RIPLEY RAND
　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　/s/ Lynne P. Klauer
　　　　　　　　　　　　　　　　　　Lynne P. Klauer
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　NCSB #13815
　　　　　　　　　　　　　　　　　　101 S. Edgeworth Street, 4th Floor
　　　　　　　　　　　　　　　　　　Greensboro, NC  27401
　　　　　　　　　　　　　　　　　　Tel: 336-333-5351
　　　　　　　　　　　　　　　　　　Email: lynne.klauer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2015, the foregoing Notice of Stipulation of Settlement was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: [None]

And I hereby certify that the document was mailed to the following non-CM/ECF participant:

**Addressee:**

Charles E. James, Jr., Esquire
Williams Mullen PC
200 S. 10th Street, Suite 1600
Richmond, VA 23219

Mythili Raman, Esquire
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001

    Respectfully submitted,

    RIPLEY RAND
    UNITED STATES ATTORNEY

    /s/ Lynne P. Klauer
    Lynne P. Klauer
    Assistant United States Attorney
    NCSB #13815
    101 S. Edgeworth Street, 4th Floor
    Greensboro, NC 27401
    Phone: (336)333-5351
    Email: lynne.klauer@usdoj.gov