IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$3,000,000.00 in U.S. CURRENCY,<br>Defendant. | : Civil No. 1:15CV00148<br>:<br>:<br>:<br>:<br>:<br>: |

## ACCEPTANCE OF SERVICE

I, Charles James, Jr., Esquire, Attorney for Claimant, Peter Millar LLC, hereby acknowledge that I have authority to accept service of process of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice served upon me, and therefore accept service of same for my client, Peter Millar LLC.

This the 3rd day of March, 2015.

_____
Charles James, Jr.
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA 23219
Phone: (804)420-6529
Email: cjames@williamsmullen.com