

# Department of the Treasury
*Federal Law Enforcement Agencies*
PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>1:15CV00148 |
|---|---|
| DEFENDANT<br>$3,000,000.00 in U.S. Currency | TYPE OF PROCESS<br>Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>$3,000,000.00 in U.S. Currency<br>ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |
|---|---|

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Lynne P. Klauer<br>Assistant U.S. Attorney<br>PO Box 1858<br>Greensboro, NC 27402 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE |
| | CHECK BOX IF SERVICE IS ON USA |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

**Please post process to defendant property $3,000,000.00 in U.S. Currency.**

Asset ID No.: 15-ICE-000449
USAO No.: 2014V00422

| Signature of Attorney or other Originator requesting service on behalf of | X PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NO.<br>(336) 333-5351 | DATE<br>2/25/15 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin<br>No. ___ | District to Serve<br>No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

| DATE OF SERVICE<br>3/3/15 | TIME OF SERVICE<br>2:37 | ☐ AM<br>☒ PM |
|---|---|---|

SIGNATURE, TITLE AND TREASURY AGENCY
*Kimberly Griffith, Paralegal, CBP*

REMARKS:

TD F 90-22.48 (6/96)